Frank J. Coughlin SBN 164851
Michael J. Carras SBN 244331
***COUGHLIN & CONFORTI***
600 W. Santa Ana Blvd., Suite 202
Santa Ana, CA 92701
(714) 835-5681  FAX (714) 835-6176

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT WILLIAMS,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation, dba COSTCO,<br><br>　　　　　　　Defendant. | Case No. 02cv2003 J (AJB)<br><br>**STIPULATION AND ORDER RE STAY OF ACTION PENDING RANDALL ACTION CERTIFICATION PROCESS** |

WHEREAS, Plaintiff and Defendant desire to minimize duplicative litigation,

---

1

STIPULATION AND [PROPOSED] ORDER RE STAY OF ACTION PENDING THE RANDALL ACTION

1   WHEREAS, Plaintiff Scott Williams, ("Plaintiff"), on the one hand,

2   and Defendant Costco Wholesale Corporation ("Defendant" or "Costco"),

3   on the other hand, wish to advance the interests of judicial economy relating

4   to this action (the "Williams Action");

5   WHEREAS, there exists an action pending in the Superior Court of

6   California, Los Angeles County entitled, *Randall, et al. v. Costco Wholesale*

7   *Corporation, et. al.*, BC 296369 (the "Randall Action"), which action was

8   originally filed on May 27, 2003;

9   WHEREAS, the plaintiff in the Williams Action asserted wage and

10  hour claims on behalf of certain department managers at Costco (including

11  bakery, meat, and deli managers, also known as "Fresh Foods Managers");

12  WHEREAS, the Williams Action has been involved in a protracted

13  jurisdictional appeal and discovery has not yet commenced in this case;

14  WHEREAS, the District Court Judge in the Williams Action directed

15  plaintiff to consult with Plaintiffs in the Randall Action to discuss judicial

16  economies;

17  WHEREAS, the Randall Action, filed on May 27, 2003, encompass

18  state law claims asserted in the Williams Action;

19  WHEREAS, Plaintiff has agreed to have the Randall Action proceed

20  first and to cooperate with counsel in the Randall Action;

21

1     WHEREAS, the Parties have agreed to a stay of the Williams Action
2 pending resolution of the overlapping class issues asserted in the Randall
3 Action; and
4     WHEREAS, Plaintiff and Defendant now desire to minimize
5 duplicative litigation.
6     NOW, THEREFORE, IT IS HEREBY STIPULATED AND
7 AGREED AS FOLLOWS:
8 ///
9 ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21

3

STIPULATION AND [PROPOSED] ORDER RE STAY OF ACTION PENDING THE RANDALL ACTION

1. The parties and their counsel herein consent to a stay of the Williams Action pending resolution of the overlapping class issues asserted in the Randall Action.

AGREED:

Dated: April 30, 2007                    **COUGHLIN & CONFORTI**

_____
Attorney for Plaintiff

Dated: April 30, 2007                    **SEYFARTH SHAW, LLP**

_____
Attorney for Defendant

COSTCO WHOLESALE CORP.

IT IS SO ORDERED.

Dated: 05/07/2007                    _____
Hon. Napoleon A. Jones, Jr.

4

STIPULATION AND [PROPOSED] ORDER RE STAY OF ACTION PENDING THE RANDALL ACTION

# PROOF OF SERVICE
(Declaration)
(C.C.P. § 1013(a) and §2015.5)

STATE OF CALIFORNIA  } ss.
COUNTY OF ORANGE    }

I, the undersigned, declare:

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 600 W. Santa Ana Blvd., Suite 202, Santa Ana, California 92701.

On May 3, 2007, I served the following documents:

**STIPULATION AND [PROPOSED] ORDER RE STAY OF ACTION PENDING THE RANDALL ACTION**

On the interested parties in the action by placing a true and correct copy of each document thereof, enclosed in a sealed envelope, addressed as follows:

David Kadue
SEYFARTH SHAW
2029 Century Park East, Suite 3300
Los Angeles, CA 90067-3063

☒ **By Mail:** I am readily familiar with Law Offices Coughlin & Conforti's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Santa Ana, California.

☐ **By Personal Service:** I delivered such document(s) by hand to the above address(es).

☐ **By Overnight Courier:** I caused the above-referenced document(s) to be delivered to an overnight courier service (Federal Express) for delivery to the above address(es).

☐ **By Facsimile Machine:** I caused the above-referenced document(s) to be transmitted to the above-named persons at the following telephone number(s) (310)201-5219. Attached to this declaration is a "FAX Confirmation Report" confirming the status of transmission.

Executed on May 3, 2007, at Santa Ana, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

Amiee Fukumoto

- 1 -