# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT M. WILLIAMS, and all others similarly situated, ) ) ) | Civil No. 02cv2003 J (AJB) |
| Plaintiff, ) ) | **ORDER LIFTING STAY** |
| v. ) ) | |
| COSTCO WHOLESALE CORPORATION, et al. ) ) ) | |
| Defendants. ) ) | |

Currently before the Court is Plaintiff Scott M. Williams' Motion to Lift Stay. [Doc. No. 56.] On August 31, 2009, Defendant Costco Wholesale Corporation filed a Notice of Non-Opposition to Plaintiff's Motion. [Doc. No. 57.] The Court finds the Motion suitable for determination on the papers submitted and without oral argument pursuant to Local Civil Rule 7.1.d.1. *See* S.D. Cal. Civ. R. 7.1.d.1 (2006).

A stay in the above-captioned action was entered May 8, 2007 on the joint stipulation of the parties. [Doc. No. 54.] The reason for the stay was a pending California state court action, *Randall v. Costco Wholesale Corp.*, No. BC 296369 (Cal. Super. Ct. L.A. County, filed May 27, 2003) ("Randall Action"), which asserted certain overlapping claims with the present action. The state court has now approved settlement of the Randall Action, effectively resolving the

1 | overlapping claims.  (Mem. of P. & A. at 6.)  Because the need for the stay has been obviated,
2 | Plaintiff's Motion is hereby **GRANTED**, the stay in this case is **LIFTED,** and the litigation
3 | in this action shall proceed.

5 | **IT IS SO ORDERED.**

7 | DATED:  September 11, 2009

8 | _____
HON. NAPOLEON A. JONES, JR.
9 | United States District Judge

10 | cc:  All Counsel of Record